IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ELIZABETH STREZA, *Plaintiff*, v. BANK OF AMERICA, *et al.*, *Defendants*. | CIVIL ACTION NO. 3:13-CV-573 |

## ROSEBORO NOTICE TO PRO SE PLAINTIFF

Pursuant to Local Rule 7(K) of the Eastern District of Virginia and *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), PRO SE PLANTIFF ELIZABETH STREZA ("Plaintiff") IS HEREBY WARNED:

1. You are entitled to file a response opposing the Motion to Dismiss. Any such response must be filed within twenty-one (21) days of the date on which this dispositive motion is filed.

2. The Court may dismiss your lawsuit if you do not file a response.

3. You must identify all facts stated by the Defendants with which you disagree, and you must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4. You are also entitled to file a legal brief in opposition to the one filed by the moving parties.

Respectfully submitted,

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A.,
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE FINANCIAL CORPORATION,
and
COUNTRYWIDE MORTGAGE VENTURES, LLC,


By Counsel


_____/s/_____
Sarah McConaughy (VSB No. 80674)
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3710 (Direct Line)
757.640.3939 (Direct FAX)
smcconaughy@mcguirewoods.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2013, I filed a true copy of the foregoing pleading via ECF, and sent complete copies via U.S. Mail to the following:

Elizabeth Streza
2244 Orion Road
Jarratt, VA 23867

*Pro se Plaintiff*

                                                   /s/
Sarah K. McConaughy
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
757.640.3710 (Direct Line)
757.640.3939 (Direct FAX)
smcconaughy@mcguirewoods.com

*Counsel for the Defendants*

51238776_1