UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ELIZABETH STREZA,

                  Plaintiff,

v.

BANK OF AMERICA, *et al.*,

                  Defendants.

Civil Action No. 3:13–CV–573

## **ORDER**

THIS MATTER is before the Court on Defendants' Motion to Dismiss (ECF No. 7) and on a Motion to Amend the Complaint ("Motion to Amend") (ECF No. 13) filed by *pro se* Plaintiff Elizabeth Streza.

For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Dismiss is GRANTED and the Motion to Amend is DENIED. To the extent that it raises claims regarding violation of HAMP, the GLBA, the RESPA, the TILA, and the FDCPA, the Complaint is DISMISSED with prejudice. In all other respects, the Complaint is DISMISSED without prejudice.

Plaintiff is entitled to appeal this Order. To do so, she must file a notice of appeal with the Clerk of this Court within thirty (30) days of the entry of this Order, in accordance with Federal Rules of Appellate Procedure 3 and 4. If Plaintiff fails to timely file a notice of appeal, she may lose her right to appeal.

Let the Clerk send a copy of this Order to Plaintiff and to all counsel of record.

It is SO ORDERED.

                                                    _____/s/_____
                                                    James R. Spencer
                                                    Senior U. S. District Judge

ENTERED this \_\_\_1st\_\_\_ day of August 2014.